IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ILEANA ORTIZ MERCADO

Case No. 02-08877 (MCF)
Chapter 7

DEBTORS

FILED & ENTERED
FEB 2 – 2015
CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

ORDER

Upon the order entered on October 17, 2014 (dkt#95) that deems the funds deposited with this court as unclaimed funds, It is now

ORDERED that the Clerk of the Court issue a check from the registry account in the amount of ELEVEN THOUSAND NINE HUNDRED FIFTY-FIVE DOLLARS AND ELEVEN CENTS ($11,955.11) payable to "Clerk US Bankruptcy Court" to be deposited with the U.S. Treasury as unclaimed moneys in FAVOR OF DEBTOR, ILEANA ORTIZ MERCADO.

SO ORDERED.

San Juan, Puerto Rico, this 2nd day of February, 2015.

Mildred Caban Flores
U.S. Bankruptcy Judge.